## RECONSIDERATION DOCKET

**97–888.   Schade v. Bur. of Workers' Comp.**
Cuyahoga App. No. 70950.   Reported at 79 Ohio St.3d 1478, 683 N.E.2d 784.   Upon consideration of appellant's motion for reconsideration of the dismissal of this case for want of prosecution,
·    IT IS ORDERED by the court that the motion for reconsideration be, and hereby is, denied.

**97–1689.   Howard v. Chemical Mtge. Co.**
Lucas App. No. L–96–391.   Reported at 79 Ohio St.3d 1478, 683 N.E.2d 784.   Upon consideration of appellant's motion for reconsideration of the dismissal of this case for want of prosecution,
    IT IS ORDERED by the court that the motion for reconsideration be, and hereby is, denied.